UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| In re: | § | Case No. 17-13015 |
|---|---|---|
| | § | |
| DOS PALOS MEMORIAL HOSPITAL, INC. | § § § § | |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

James E. Salven, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $52,000.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $487,427.38 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $93,653.60 | | |

3) Total gross receipts of $581,080.98 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $581,080.98 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $358,357.19 | $375,188.89 | $406,314.69 | $406,314.69 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $93,628.60 | $93,628.60 | $93,653.60 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $338,895.99 | $340,676.10 | $81,112.69 |
| General Unsecured Claims (from **Exhibit 7**) | $919,046.85 | $513,403.28 | $411,633.56 | $0.00 |
| **Total Disbursements** | $1,277,404.04 | $1,321,116.76 | $1,252,252.95 | $581,080.98 |

4). This case was originally filed under chapter 7 on 08/04/2017. The case was pending for 21 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/13/2019    By: /s/ James E. Salven
                          Trustee

**721-17-13015 Dos Palos Memorial Hospital, Inc. TDR Salven**

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 2102 Marguerite Street Dos Palos, CA 93620 Fee | 1110-000 | $555,000.00 |
| West America Bank Checking | 1129-000 | $25,824.87 |
| Mail intercept funds | 1229-000 | $246.07 |
| State of Calif 2016 Corp. tax refund | 1229-000 | $10.04 |
| **TOTAL GROSS RECEIPTS** | | **$581,080.98** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | Westamerica Bank | 4110-000 | $0.00 | $276,816.57 | $307,942.37 | $307,942.37 |
| 5 | Westamerica Bank | 4110-000 | $0.00 | $75,352.50 | $75,352.50 | $75,352.50 |
| 22 | Mct&lt;esson Medical-Surgical Minnesota Supply, In | 4210-000 | $0.00 | $23,019.82 | $23,019.82 | $23,019.82 |
| | West America Bank | 4110-000 | $283,959.99 | $0.00 | $0.00 | $0.00 |
| | West America Bank | 4110-000 | $74,397.20 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$358,357.19** | **$375,188.89** | **$406,314.69** | **$406,314.69** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| James E. Salven, Trustee | 2100-000 | NA | $32,303.55 | $32,303.55 | $32,303.55 |
| James E. Salven, Trustee | 2200-000 | NA | $284.42 | $284.42 | $284.42 |
| International Sureties, LTD | 2300-000 | NA | $38.25 | $38.25 | $38.25 |
| Alliant Insurance Services, Inc. | 2420-000 | NA | $2,588.61 | $2,588.61 | $2,588.61 |
| title and escrow costs | 2500-000 | NA | $2,245.60 | $2,245.60 | $2,245.60 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| Independent Bank | 2600-000 | NA | $190.15 | $190.15 | $190.15 |
| Integrity Bank | 2600-000 | NA | $1,074.94 | $1,074.94 | $1,074.94 |
| property taxes paid at close | 2820-000 | NA | $239.00 | $239.00 | $239.00 |
| Clerk of the Bankruptcy Court | 2990-000 | NA | $25.00 | $25.00 | $25.00 |
| FRANCHISE TAX BOARD | 2990-000 | NA | $20.00 | $20.00 | $20.00 |
| | 2990-001 | NA | $0.00 | $0.00 | $25.00 |
| HILTON A. RYDER, Attorney for Trustee | 3210-000 | NA | $8,962.50 | $8,962.50 | $8,962.50 |
| HILTON A. RYDER, Attorney for Trustee | 3220-000 | NA | $529.79 | $529.79 | $529.79 |
| CHRIS RATZLAFF, Accountant for Trustee | 3410-000 | NA | $11,753.00 | $11,753.00 | $11,753.00 |
| CHRIS RATZLAFF, Accountant for Trustee | 3420-000 | NA | $73.79 | $73.79 | $73.79 |
| approved commission, Realtor for Trustee | 3510-000 | NA | $33,300.00 | $33,300.00 | $33,300.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $93,628.60 | $93,628.60 | $93,653.60 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 11 | Maria De La Herran | 5300-000 | $0.00 | $2,002.32 | $1,829.13 | $1,829.13 |
| 12 | Department of Health Care Services | 5800-000 | $0.00 | $304,298.69 | $304,298.69 | $49,673.34 |
| 18 | Kathy M Keys | 5300-000 | $0.00 | $4,727.47 | $4,318.55 | $4,318.55 |
| 19 | Matt M Ebner | 5300-000 | $0.00 | $2,732.00 | $2,495.69 | $2,495.69 |
| 20 | Eric M Ebner | 5300-000 | $0.00 | $35.57 | $32.48 | $32.48 |
| 21 | Dezirre E DeLeon | 5300-000 | $0.00 | $103.77 | $94.80 | $94.80 |
| 23 | Josie Cruz | 5300-000 | $0.00 | $2,010.21 | $1,836.33 | $1,836.33 |
| 25 | Jessica Rojas | 5300-000 | $0.00 | $1,931.56 | $1,764.47 | $1,764.47 |
| 26 | Charley Marshall | 5300-000 | $0.00 | $3,277.17 | $2,993.70 | $2,993.70 |
| 27 | Chyanne Marshall | 5300-000 | $0.00 | $65.00 | $59.38 | $59.38 |
| 29 | Cheryl Todd | 5300-000 | $0.00 | $1,675.00 | $1,530.11 | $1,530.11 |
| 30 | CALIFORNIA DEPARTMENT OF TAX AND | 5800-000 | $0.00 | $426.60 | $426.60 | $69.64 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | FEE ADMINISTRATION | | | | | |
| 31 | Ariana J Cook | 5300-000 | $0.00 | $1,600.00 | $1,461.60 | $1,461.60 |
| 32 | Employment Development Department | 5800-000 | $0.00 | $5,474.80 | $5,474.80 | $893.70 |
| 34 | Lorena Salinas | 5300-000 | $0.00 | $2,844.50 | $2,598.44 | $2,598.44 |
| 35 | Andrea M Garcia | 5300-000 | $0.00 | $724.29 | $661.64 | $661.64 |
| 40 | Olga Ponce | 5300-000 | $0.00 | $1,514.65 | $1,383.63 | $1,383.63 |
| 41 | Maria Ponce | 5300-000 | $0.00 | $190.00 | $173.56 | $173.56 |
| 42 | San Juanita Zepeda | 5300-000 | $0.00 | $1,335.05 | $1,219.57 | $1,219.57 |
| 100 | INTERNAL REVENUE SERVICE | 5300-000 | $0.00 | $0.00 | $4,095.59 | $4,095.59 |
| 101 | California Employent Development Department | 5300-000 | $0.00 | $1,927.34 | $1,927.34 | $1,927.34 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $338,895.99 | $340,676.10 | $81,112.69 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1A | SimplexGrinnell LP | 7100-000 | $0.00 | $49,061.61 | $49,061.61 | $0.00 |
| 2 | Tyco Integrated Security, LLC | 7100-000 | $0.00 | $4,346.04 | $4,346.04 | $0.00 |
| 3 | Fear Waddell, PC | 7100-000 | $0.00 | $1,802.00 | $1,802.00 | $0.00 |
| 6 | Wells Fargo Vendor Financial Services | 7100-000 | $0.00 | $12,656.06 | $12,656.06 | $0.00 |
| 7 | Julie Reynolds RPT | 7100-000 | $0.00 | $9,193.75 | $9,193.75 | $0.00 |
| 8 | Maria De La Herran | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | Merced Faculty Associates Medical Group, Inc. | 7100-000 | $0.00 | $9,000.00 | $9,000.00 | $0.00 |
| 10 | Baine, Inc. DBA Aire Serv of Greater Merced | 7100-000 | $0.00 | $185.00 | $185.00 | $0.00 |
| 13 | Sanders Rehaste Sternshein Harvey LL | 7100-000 | $0.00 | $12,043.50 | $12,043.50 | $0.00 |
| 14 | Valley Medical Instrument | 7100-000 | $0.00 | $2,114.08 | $2,114.08 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

|  |  | Services |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
|  | 15 | McKesson Medical-Surgical, Inc. | 7100-000 | $0.00 | $3,715.62 | $3,715.62 | $0.00 |
|  | 16 | Department of Health Care Services | 7100-000 | $0.00 | $101,769.72 | $0.00 | $0.00 |
|  | 16A | Department of Health Care Services | 7100-000 | $0.00 | $130,842.41 | $130,842.41 | $0.00 |
|  | 17 | Briggs Healthcare | 7100-000 | $0.00 | $106.70 | $106.70 | $0.00 |
|  | 24 | Airgas, an Air Liquide Company | 7100-000 | $0.00 | $1,063.78 | $1,063.78 | $0.00 |
|  | 28 | Stericycle, Inc. | 7100-000 | $0.00 | $2,898.49 | $2,898.49 | $0.00 |
|  | 30a | CALIFORNIA DEPARTMENT OF TAX AND FEE ADMINISTRATION | 7300-000 | $0.00 | $13.05 | $13.05 | $0.00 |
|  | 33 | Advantage Leasing Corporation | 7100-000 | $0.00 | $9,863.78 | $9,863.78 | $0.00 |
|  | 36 | Yonkers &#038; Johnson, Inc. | 7100-000 | $0.00 | $82.10 | $82.10 | $0.00 |
|  | 37 | Nathan Consulting Group | 7100-000 | $0.00 | $6,683.97 | $6,683.97 | $0.00 |
|  | 38 | LTC Consulting | 7100-000 | $0.00 | $5,114.00 | $5,114.00 | $0.00 |
|  | 39 | PG&#038;E | 7100-000 | $0.00 | $6,340.46 | $6,340.46 | $0.00 |
|  | 43 | U.S. Department of Health & Human Services | 7100-000 | $0.00 | $144,507.16 | $144,507.16 | $0.00 |
|  |  | Acso Services, Inc. | 7100-000 | $765.00 | $0.00 | $0.00 | $0.00 |
|  |  | ADD Model Drug | 7100-000 | $39,291.06 | $0.00 | $0.00 | $0.00 |
|  |  | Aire Service of Greater Merced | 7100-000 | $80.00 | $0.00 | $0.00 | $0.00 |
|  |  | Airgas | 7100-000 | $970.38 | $0.00 | $0.00 | $0.00 |
|  |  | Alliant Insurance Services, Inc. | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  |  | Alyssa Castillo | 7100-000 | $105.00 | $0.00 | $0.00 | $0.00 |
|  |  | Ana G. Vargas | 7100-000 | $392.62 | $0.00 | $0.00 | $0.00 |
|  |  | Andrea M. Garcia | 7100-000 | $500.85 | $0.00 | $0.00 | $0.00 |
|  |  | Angelica Chavez Del Rio | 7100-000 | $374.73 | $0.00 | $0.00 | $0.00 |
|  |  | Angelica Textile Services | 7100-000 | $36,934.97 | $0.00 | $0.00 | $0.00 |
|  |  | Apex Annex Health Center, | 7100-000 | $12,734.02 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  | Inc. |  |  |  |  |  |
|  | Ariana J. Cook | 7100-000 | $754.61 | $0.00 | $0.00 | $0.00 |
|  | Ashley Castillo | 7100-000 | $105.00 | $0.00 | $0.00 | $0.00 |
|  | Ashley M. Berek | 7100-000 | $235.23 | $0.00 | $0.00 | $0.00 |
|  | Ashley M. Foster | 7100-000 | $586.39 | $0.00 | $0.00 | $0.00 |
|  | Briana L. Lewis | 7100-000 | $651.21 | $0.00 | $0.00 | $0.00 |
|  | Briggs Corporation | 7100-000 | $106.74 | $0.00 | $0.00 | $0.00 |
|  | Bulk TV & Internet | 7100-000 | $852.38 | $0.00 | $0.00 | $0.00 |
|  | California Department of Health | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | California Department of Public Health | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Capital Door | 7100-000 | $274.00 | $0.00 | $0.00 | $0.00 |
|  | Center of Medicare and Medicaid Services | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Central California Building Compliance | 7100-000 | $380.00 | $0.00 | $0.00 | $0.00 |
|  | Charley Marshall | 7100-000 | $3,277.17 | $0.00 | $0.00 | $0.00 |
|  | Chayanne D. Marshall | 7100-000 | $65.30 | $0.00 | $0.00 | $0.00 |
|  | Cheryl Todd | 7100-000 | $376.32 | $0.00 | $0.00 | $0.00 |
|  | Christopher J. Parsons | 7100-000 | $598.87 | $0.00 | $0.00 | $0.00 |
|  | City of Dos Palos | 7100-000 | $887.51 | $0.00 | $0.00 | $0.00 |
|  | Colonial Life 2 | 7100-000 | $225.00 | $0.00 | $0.00 | $0.00 |
|  | Com cast | 7100-000 | $421.00 | $0.00 | $0.00 | $0.00 |
|  | Courtney V. Ortiz | 7100-000 | $260.08 | $0.00 | $0.00 | $0.00 |
|  | Danae Zimmerman | 7100-000 | $475.08 | $0.00 | $0.00 | $0.00 |
|  | Department fo Health Services | 7100-000 | $274,195.39 | $0.00 | $0.00 | $0.00 |
|  | Department of Healthcare Services | 7100-000 | $159,216.00 | $0.00 | $0.00 | $0.00 |
|  | Dezirre E. Deleon | 7100-000 | $103.77 | $0.00 | $0.00 | $0.00 |
|  | Diagnostic Laboratories | 7100-000 | $3,566.63 | $0.00 | $0.00 | $0.00 |
|  | Diana R. Downey | 7100-000 | $594.29 | $0.00 | $0.00 | $0.00 |
|  | Dietary Directions | 7100-000 | $417.25 | $0.00 | $0.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Direct Energy | 7100-000 | $2,109.77 | $0.00 | $0.00 | $0.00 |
| Direct Supply | 7100-000 | $1,518.18 | $0.00 | $0.00 | $0.00 |
| Discount Shred | 7100-000 | $864.00 | $0.00 | $0.00 | $0.00 |
| Divine Logic, Inc. | 7100-000 | $200.00 | $0.00 | $0.00 | $0.00 |
| Dr. Devireddy K | 7100-000 | $35,000.00 | $0.00 | $0.00 | $0.00 |
| EcoLab | 7100-000 | $199.78 | $0.00 | $0.00 | $0.00 |
| Elisa Cervera | 7100-000 | $395.64 | $0.00 | $0.00 | $0.00 |
| Eric M. Ebner | 7100-000 | $35.57 | $0.00 | $0.00 | $0.00 |
| Erin Rippee | 7100-000 | $914.14 | $0.00 | $0.00 | $0.00 |
| Geriatric Healthcare Consultants | 7100-000 | $475.75 | $0.00 | $0.00 | $0.00 |
| Griselda Paz | 7100-000 | $572.04 | $0.00 | $0.00 | $0.00 |
| Gulf South Medical Supply | 7100-000 | $7,322.23 | $0.00 | $0.00 | $0.00 |
| HD Supply Facility Maintenance | 7100-000 | $177.51 | $0.00 | $0.00 | $0.00 |
| Irma Moreno | 7100-000 | $1,220.94 | $0.00 | $0.00 | $0.00 |
| Jeannie Birdsall | 7100-000 | $497.42 | $0.00 | $0.00 | $0.00 |
| Jessica B. Roldan | 7100-000 | $422.55 | $0.00 | $0.00 | $0.00 |
| Jessica Rojas | 7100-000 | $2,014.21 | $0.00 | $0.00 | $0.00 |
| John Garza | 7100-000 | $163.24 | $0.00 | $0.00 | $0.00 |
| Jorgensen & Company | 7100-000 | $1,035.87 | $0.00 | $0.00 | $0.00 |
| Josie Cruz | 7100-000 | $2,033.60 | $0.00 | $0.00 | $0.00 |
| Julie Reynolds, RPT | 7100-000 | $14,678.75 | $0.00 | $0.00 | $0.00 |
| Kathy M. Keys | 7100-000 | $4,727.47 | $0.00 | $0.00 | $0.00 |
| Kaysie L. Pierce | 7100-000 | $163.24 | $0.00 | $0.00 | $0.00 |
| Keila S. Herrera | 7100-000 | $572.03 | $0.00 | $0.00 | $0.00 |
| Kelly Lee Borelli | 7100-000 | $6,337.50 | $0.00 | $0.00 | $0.00 |
| Kimberly Zapiens | 7100-000 | $783.55 | $0.00 | $0.00 | $0.00 |
| Latrece Ogesby | 7100-000 | $497.42 | $0.00 | $0.00 | $0.00 |
| Lauren A. Talley | 7100-000 | $163.24 | $0.00 | $0.00 | $0.00 |
| Laurie A. Rouch | 7100-000 | $977.22 | $0.00 | $0.00 | $0.00 |
| Linneman Law, LLP | 7100-000 | $3,983.25 | $0.00 | $0.00 | $0.00 |
| Lorena Salinas | 7100-000 | $89.88 | $0.00 | $0.00 | $0.00 |
| LTC Counslting | 7100-000 | $2,500.00 | $0.00 | $0.00 | $0.00 |
| Luis I. Vasquez | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Margaret Murrillo | 7100-000 | $982.38 | $0.00 | $0.00 | $0.00 |
| Maria Baez | 7100-000 | $110.30 | $0.00 | $0.00 | $0.00 |
| Maria De La Herran | 7100-000 | $422.06 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Maria Ponce | 7100-000 | $140.00 | $0.00 | $0.00 | $0.00 |
| Matt M. Ebner | 7100-000 | $2,732.00 | $0.00 | $0.00 | $0.00 |
| Mcguire Bottled Water | 7100-000 | $136.80 | $0.00 | $0.00 | $0.00 |
| Mckesson Medical Surgical | 7100-000 | $26,569.50 | $0.00 | $0.00 | $0.00 |
| Medline Industries, Inc, | 7100-000 | $5,669.81 | $0.00 | $0.00 | $0.00 |
| Melissa Barrett | 7100-000 | $909.81 | $0.00 | $0.00 | $0.00 |
| Melissa Gamel | 7100-000 | $301.28 | $0.00 | $0.00 | $0.00 |
| Merced Medical Supply | 7100-000 | $325.28 | $0.00 | $0.00 | $0.00 |
| MFA Medical Group, Inc | 7100-000 | $10,500.00 | $0.00 | $0.00 | $0.00 |
| Nathan Consulting Group | 7100-000 | $20,346.72 | $0.00 | $0.00 | $0.00 |
| Nicole A. Lowe | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Olga Ponce | 7100-000 | $1,514.65 | $0.00 | $0.00 | $0.00 |
| Pace Technologies | 7100-000 | $2,020.13 | $0.00 | $0.00 | $0.00 |
| Pacific Gas & Electric | 7100-000 | $100.00 | $0.00 | $0.00 | $0.00 |
| Peggy Stewart | 7100-000 | $1,173.25 | $0.00 | $0.00 | $0.00 |
| Pioneer Drug | 7100-000 | $78.81 | $0.00 | $0.00 | $0.00 |
| Pointclickcare Technologies, Inc. | 7100-000 | $1,266.68 | $0.00 | $0.00 | $0.00 |
| Quest Diagnositics Clinical Laboratories | 7100-000 | $1,000.00 | $0.00 | $0.00 | $0.00 |
| Quest Diagnostics | 7100-000 | $180.52 | $0.00 | $0.00 | $0.00 |
| Quinn | 7100-000 | $1,462.04 | $0.00 | $0.00 | $0.00 |
| Randik Paper | 7100-000 | $3,577.53 | $0.00 | $0.00 | $0.00 |
| RDS for Healthcare | 7100-000 | $531.00 | $0.00 | $0.00 | $0.00 |
| San Joaquin Pest Control | 7100-000 | $285.00 | $0.00 | $0.00 | $0.00 |
| San Juanita Zepeda | 7100-000 | $1,335.05 | $0.00 | $0.00 | $0.00 |
| Sanders Rehaste Sternshein & Harvey, LLP | 7100-000 | $11,845.50 | $0.00 | $0.00 | $0.00 |
| Sandra Weaver | 7100-000 | $2,237.87 | $0.00 | $0.00 | $0.00 |
| Savannah S. Davis | 7100-000 | $420.42 | $0.00 | $0.00 | $0.00 |
| Simplex Grinnell, LP | 7100-000 | $64,072.15 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| State Market | 7100-000 | $3,506.15 | $0.00 | $0.00 | $0.00 |
| State of Claifornia | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Stephanie M. Lopez | 7100-000 | $35.30 | $0.00 | $0.00 | $0.00 |
| Stericycle, Inc. | 7100-000 | $3,316.76 | $0.00 | $0.00 | $0.00 |
| Steven Haro Backgrounds | 7100-000 | $114.00 | $0.00 | $0.00 | $0.00 |
| SYSCO Food Services of Central CA, Inc | 7100-000 | $34,933.80 | $0.00 | $0.00 | $0.00 |
| Toshiba Financial Services | 7100-000 | $11,232.22 | $0.00 | $0.00 | $0.00 |
| Tyco Integrated Security LLC | 7100-000 | $3,314.66 | $0.00 | $0.00 | $0.00 |
| Tyco/Simplex Grinnell | 7100-000 | $49,106.68 | $0.00 | $0.00 | $0.00 |
| Valley Medical Instrument Services | 7100-000 | $2,114.08 | $0.00 | $0.00 | $0.00 |
| Verizon | 7100-000 | $170.22 | $0.00 | $0.00 | $0.00 |
| Veronica Hernandez | 7100-000 | $932.66 | $0.00 | $0.00 | $0.00 |
| West America Bank | 7100-000 | $6,402.74 | $0.00 | $0.00 | $0.00 |
| West America Bank | 7100-000 | $6,725.18 | $0.00 | $0.00 | $0.00 |
| Yanet Rosales | 7100-000 | $361.05 | $0.00 | $0.00 | $0.00 |
| Yasmina Chavez | 7100-000 | $807.59 | $0.00 | $0.00 | $0.00 |
| Yonkers & Johnson | 7100-000 | $82.10 | $0.00 | $0.00 | $0.00 |
| Zoom Imaging | 7100-000 | $225.28 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $919,046.85 | $513,403.28 | $411,633.56 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1     Exhibit 8

| Case No.: | 17-13015-A-7 | Trustee Name: | James E. Salven |
|---|---|---|---|
| Case Name: | DOS PALOS MEMORIAL HOSPITAL, INC. | Date Filed (f) or Converted (c): | 08/04/2017 (f) |
| For the Period Ending: | 5/13/2019 | §341(a) Meeting Date: | 09/14/2017 |
| | | Claims Bar Date: | 12/20/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1   VOID | $0.00 | $0.00 | | $0.00 | FA |
| 2   West America Bank Checking | $26,000.00 | $25,824.87 | | $25,824.87 | FA |
| 3   Accounts receivable | $36,000.00 | $36,000.00 | | $0.00 | FA |
| 4   Accounts receivable | $6,000.00 | $6,000.00 | | $0.00 | FA |
| 5   Other inventory or supplies Dietary Department: Desk Office Chair Two Chairs Side Table File Cabinet Printer Laptop Phone Three Corkboards Paper Shredder Office Garbage Ca One Tape Dispenser Stapler Orgainizer Three hole punch Two hope punch one hope punch Scissors One Tool Kit (incomplete, missing hammer, tape measure , needle nose pliers) Card file Janitors Closet Two Metal Racks Mop Bucket Broom Three mop Handles Pantry: Eight Metal Racks Emergency Storage/Locker Room Two Metal Racks Kitchen Appliances: Two Refrigerators One Freezer One Dish Washer One Plate Warmer One Blender Two Mechanical Chopper One Steam Table One Ice Machine Toaster Oven Microwave One Mixer Two Oven Stove top/grill Two Large Metal Racks on Wheels One Small Metal Rack Five Dietary Carts Two Meal Carts One Setp Stool One cook table Seven cutting boards cutting board rack one knife rack Eleven kniges 2 pptatp pealers 1 kitchen sissors two large garbage cans with lids one small garbage can with lid 36 water pitche | $5,000.00 | $5,000.00 | | $0.00 | FA |
| 6   Other machinery, fixtures, and equipment (excluding farm machinery and equipment) Three Freezers Refrigerator Ice Machine Stove Computers Televisions large Diesel Generator | $5,000.00 | $5,000.00 | | $0.00 | FA |

| Case No.: | 17-13015-A-7 | Trustee Name: | James E. Salven |
|---|---|---|---|
| Case Name: | DOS PALOS MEMORIAL HOSPITAL, INC. | Date Filed (f) or Converted (c): | 08/04/2017 (f) |
| For the Period Ending: | 5/13/2019 | §341(a) Meeting Date: | 09/14/2017 |
| | | Claims Bar Date: | 12/20/2017 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 7 | 2102 Marguerite Street Dos Palos, CA 93620 Fee | $1,200,000.00 | $171,705.13 | | $555,000.00 | FA |
| Asset Notes: | sale approved at hearing 02/20/18 | | | | | |
| 8 | Investigate transfer to former medical director (u) | $0.00 | $5,002.00 | | $0.00 | FA |
| Asset Notes: | estate counsel recommended matter be dropped as not worth cost to pursue | | | | | |
| 9 | Mail intercept funds (u) | $0.00 | $1,500.00 | | $246.07 | FA |
| Asset Notes: | no further funds anticipated | | | | | |
| 10 | State of Calif 2016 Corp. tax refund (u) | $0.00 | $10.04 | | $10.04 | $0.00 |
| Asset Notes: | mail intercept | | | | | |

**TOTALS (Excluding unknown value)**                                                                                                  **Gross Value of Remaining Assets**

$1,278,000.00     $256,042.04     $581,080.98     $0.00

**Major Activities affecting case closing:**

09/07/2018   need final tax returns and claims review
09/24/2017   remaining issues is potential transfer avoidances
09/23/2017   cash on hand
             investigate transfer to doctor

| Initial Projected Date Of Final Report (TFR): | 12/31/2020 | Current Projected Date Of Final Report (TFR): | 06/30/2019 | /s/ JAMES E. SALVEN |
|---|---|---|---|---|
| | | | | JAMES E. SALVEN |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No. | 17-13015-A-7 | | Trustee Name: | James E. Salven |
|---|---|---|---|---|
| Case Name: | DOS PALOS MEMORIAL HOSPITAL, INC. | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***9214 | | Checking Acct #: | ******3015 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 8/4/2017 | | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 5/13/2019 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/18/2017 | (2) | WESTAMERICA BANK | Funds turned over from debtor's bank acct. | 1129-000 | $24,000.00 | | $24,000.00 |
| 09/18/2017 | 5001 | Alliant Insurance Services, Inc. | insurance | 2420-000 | | $2,588.61 | $21,411.39 |
| 09/27/2017 | (2) | WESTAMERICA BANK | Funds turned over from debtor | 1229-000 | $1,824.87 | | $23,236.26 |
| 09/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $11.71 | $23,224.55 |
| 10/16/2017 | (9) | Creditrs Bureau, USA | from mail intercept | 1229-000 | $24.00 | | $23,248.55 |
| 10/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $34.52 | $23,214.03 |
| 11/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $33.38 | $23,180.65 |
| 12/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $34.44 | $23,146.21 |
| 01/11/2018 | (9) | CREDITORS BUREAU | Mail intercept funds | 1229-000 | $48.00 | | $23,194.21 |
| 01/15/2018 | 5002 | International Sureties, LTD | Bond Payment | 2300-000 | | $14.86 | $23,179.35 |
| 01/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $34.41 | $23,144.94 |
| 02/13/2018 | (9) | CREDITOR'S BUREAU | Mail intercept funds | 1229-000 | $48.00 | | $23,192.94 |
| 02/20/2018 | (7) | BHUPINDER BHANDARI | Sale proceeds (Deposit) | 1110-000 | $12,000.00 | | $35,192.94 |
| 02/20/2018 | 5003 | FIDELITY NATIONAL TITLE CO. | Escrow Deposit on Dos Palos Memorial Hosp. Bhupinder Bhandari | 2990-000 | | $12,000.00 | $23,192.94 |
| 02/28/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $34.54 | $23,158.40 |
| 03/28/2018 | (9) | CREDITORS BUREAU USA | Mail intercept funds | 1229-000 | $126.07 | | $23,284.47 |
| 03/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $52.23 | $23,232.24 |
| 04/12/2018 | | FIDELITY NATIONAL TITLE CO. | Sale proceeds | * | $123,920.53 | | $147,152.77 |
| | {7} | | gross sales price　　　$543,000.00 | 1110-000 | | | $147,152.77 |
| | | | approved commission　$(33,300.00) | 3510-000 | | | $147,152.77 |
| | | | payoff secured loan　　$(75,352.50) | 4110-000 | | | $147,152.77 |
| | | | payoff first trust deed　$(307,942.37) | 4110-000 | | | $147,152.77 |
| | | | title and escrow costs　$(2,245.60) | 2500-000 | | | $147,152.77 |
| | | | property taxes paid at close　$(239.00) | 2820-000 | | | $147,152.77 |
| 04/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $139.70 | $147,013.07 |
| 05/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $236.22 | $146,776.85 |
| 06/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $228.26 | $146,548.59 |
| 07/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $235.53 | $146,313.06 |
| 08/05/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $37.94 | $146,275.12 |
| 08/06/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | ($37.94) | $146,313.06 |
| 08/16/2018 | 5004 | Maria De La Herran | Claim #: 11; Distribution Dividend: 100.00; | 5300-000 | | $1,829.13 | $144,483.93 |
| 08/16/2018 | 5005 | Kathy M Keys | Claim #: 18; Distribution Dividend: 100.00; | 5300-000 | | $4,318.55 | $140,165.38 |
| | | | SUBTOTALS | | $161,991.47 | $26,144.64 | |

**FORM 2**

Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 17-13015-A-7 | | Trustee Name: | James E. Salven |
|---|---|---|---|---|
| Case Name: | DOS PALOS MEMORIAL HOSPITAL, INC. | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***9214 | | Checking Acct #: | ******3015 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 8/4/2017 | | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 5/13/2019 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/16/2018 | 5006 | Matt M Ebner | Claim #: 19; Distribution Dividend: 100.00; | 5300-000 | | $2,495.69 | $137,669.69 |
| 08/16/2018 | 5007 | Eric M Ebner | Claim #: 20; Distribution Dividend: 100.00; | 5300-000 | | $32.48 | $137,637.21 |
| 08/16/2018 | 5008 | Dezirre E DeLeon | Claim #: 21; Distribution Dividend: 100.00; | 5300-000 | | $94.80 | $137,542.41 |
| 08/16/2018 | 5009 | Josie Cruz | Claim #: 23; Distribution Dividend: 100.00; | 5300-000 | | $1,836.33 | $135,706.08 |
| 08/16/2018 | 5010 | Jessica Rojas | Claim #: 25; Distribution Dividend: 100.00; | 5300-000 | | $1,764.47 | $133,941.61 |
| 08/16/2018 | 5011 | Charley Marshall | Claim #: 26; Distribution Dividend: 100.00; | 5300-000 | | $2,993.70 | $130,947.91 |
| 08/16/2018 | 5012 | Chyanne Marshall | Claim #: 27; Distribution Dividend: 100.00; | 5300-000 | | $59.38 | $130,888.53 |
| 08/16/2018 | 5013 | Cheryl Todd | Claim #: 29; Distribution Dividend: 100.00; | 5300-000 | | $1,530.11 | $129,358.42 |
| 08/16/2018 | 5014 | Ariana J Cook | Claim #: 31; Distribution Dividend: 100.00; | 5300-000 | | $1,461.60 | $127,896.82 |
| 08/16/2018 | 5015 | Lorena Salinas | Claim #: 34; Distribution Dividend: 100.00; | 5300-000 | | $2,598.44 | $125,298.38 |
| 08/16/2018 | 5016 | Andrea M Garcia | Claim #: 35; Distribution Dividend: 100.00; | 5300-000 | | $661.64 | $124,636.74 |
| 08/16/2018 | 5017 | Olga Ponce | Claim #: 40; Distribution Dividend: 100.00; | 5300-000 | | $1,383.63 | $123,253.11 |
| 08/16/2018 | 5018 | Maria Ponce | Claim #: 41; Distribution Dividend: 100.00; | 5300-000 | | $173.56 | $123,079.55 |
| 08/16/2018 | 5019 | San Juanita Zepeda | Claim #: 42; Distribution Dividend: 100.00; | 5300-000 | | $1,219.57 | $121,859.98 |
| 08/16/2018 | 5020 | INTERNAL REVENUE SERVICE | Claim #: 100; Distribution Dividend: 100.00; | 5300-000 | | $4,095.59 | $117,764.39 |
| 08/16/2018 | 5021 | California Employent Development Department | Claim #: 101; Distribution Dividend: 100.00; | 5300-000 | | $1,927.34 | $115,837.05 |
| 08/31/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $2,238.80 | $113,598.25 |
| 09/05/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | ($2,238.80) | $115,837.05 |
| 09/06/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $190.15 | $115,646.90 |
| 09/10/2018 | 5003 | STOP PAYMENT: FIDELITY NATIONAL | Escrow Deposit on Dos Palos Memorial Hosp. Bhupinder Bhandari | 2990-004 | | ($12,000.00) | $127,646.90 |
| 09/18/2018 | 5022 | Mct&lt;esson Medical-Surgical | payment authorized docket 59 | 4210-000 | | $23,019.82 | $104,627.08 |
| 10/12/2018 | 5023 | FRANCHISE TAX BOARD | 2017 Exempt Organization fee | 2990-000 | | $10.00 | $104,617.08 |
| 10/12/2018 | 5024 | Registry of Charitable Trusts | 2017 annual Charitable Org fee | 2990-000 | | $25.00 | $104,592.08 |

**SUBTOTALS**　　$0.00　　$35,598.30

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No. | 17-13015-A-7 | |
| Case Name: | DOS PALOS MEMORIAL HOSPITAL, INC. | |
| Primary Taxpayer ID #: | **-***9214 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 8/4/2017 | |
| For Period Ending: | 5/13/2019 | |

| | |
|---|---|
| Trustee Name: | James E. Salven |
| Bank Name: | Independent Bank |
| Checking Acct #: | ******3015 |
| Account Title: | |
| Blanket bond (per case limit): | $1,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/12/2018 | 5025 | FRANCHISE TAX BOARD | 2016 Exempt Organization fee | 2990-000 | | $10.00 | $104,582.08 |
| 10/12/2018 | 5026 | Registry of Charitable Trusts | 2016 annual Charitable Org fee | 2990-000 | | $25.00 | $104,557.08 |
| 12/05/2018 | 5027 | CHRIS RATZLAFF | approved docket 73 | 3410-000 | | $11,753.00 | $92,804.08 |
| 12/05/2018 | 5028 | CHRIS RATZLAFF | approved docket 73 | 3420-000 | | $73.79 | $92,730.29 |
| 01/03/2019 | 5029 | HILTON A. RYDER | approved doc 75 | 3210-000 | | $8,962.50 | $83,767.79 |
| 01/03/2019 | 5030 | HILTON A. RYDER | approved doc 78 | 3220-000 | | $529.79 | $83,238.00 |
| 01/15/2019 | 5031 | International Sureties, LTD | Bond Payment | 2300-000 | | $23.39 | $83,214.61 |
| 03/05/2019 | (10) | STATE OF CALIFORNIA | mail intercept | 1229-000 | $10.04 | | $83,224.65 |
| 03/19/2019 | 5024 | VOID: Registry of Charitable Trusts | | 2990-003 | | ($25.00) | $83,249.65 |
| 03/19/2019 | 5026 | Registry of Charitable Trusts | Void of Check# 5026 | 2990-003 | | ($25.00) | $83,274.65 |
| 03/19/2019 | 5032 | Clerk of the Bankruptcy Court | | 2990-000 | | $25.00 | $83,249.65 |
| 03/19/2019 | 5033 | Clerk, US Bankruptcy Court | Unclaimed Funds | 2990-001 | | $25.00 | $83,224.65 |
| 04/05/2019 | 5034 | James E. Salven | Trustee Compensation | 2100-000 | | $32,303.55 | $50,921.10 |
| 04/05/2019 | 5035 | James E. Salven | Trustee Expenses | 2200-000 | | $284.42 | $50,636.68 |
| 04/05/2019 | 5036 | Department of Health Care Services | Claim #: 12; Distribution Dividend: 16.32; | 5800-000 | | $49,673.34 | $963.34 |
| 04/05/2019 | 5037 | CALIFORNIA DEPARTMENT OF TAX | Claim #: 30; Distribution Dividend: 16.32; | 5800-000 | | $69.64 | $893.70 |
| 04/05/2019 | 5038 | Employment Development Department | Claim #: 32; Distribution Dividend: 16.32; | 5800-000 | | $893.70 | $0.00 |
| | | | **TOTALS:** | | $162,001.51 | $162,001.51 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $162,001.51 | $162,001.51 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $162,001.51 | $162,001.51 | |

| For the period of 8/4/2017 to 5/13/2019 | | For the entire history of the account between 09/18/2017 to 5/13/2019 | |
|---|---|---|---|
| Total Compensable Receipts: | $581,080.98 | Total Compensable Receipts: | $581,080.98 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $581,080.98 | Total Comp/Non Comp Receipts: | $581,080.98 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $581,080.98 | Total Compensable Disbursements: | $581,080.98 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $581,080.98 | Total Comp/Non Comp Disbursements: | $581,080.98 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No. | 17-13015-A-7 |
| Case Name: | DOS PALOS MEMORIAL HOSPITAL, INC. |
| Primary Taxpayer ID #: | **-***9214 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 8/4/2017 |
| For Period Ending: | 5/13/2019 |

| | |
|---|---|
| Trustee Name: | James E. Salven |
| Bank Name: | Independent Bank |
| Checking Acct #: | ******3015 |
| Account Title: | |
| Blanket bond (per case limit): | $1,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $162,001.51 | $162,001.51 | $0.00 |

**For the period of 8/4/2017 to 5/13/2019**

| | |
|---|---|
| Total Compensable Receipts: | $581,080.98 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $581,080.98 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $581,080.98 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $581,080.98 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 08/04/2017 to 5/13/2019**

| | |
|---|---|
| Total Compensable Receipts: | $581,080.98 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $581,080.98 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $581,080.98 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $581,080.98 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ JAMES E. SALVEN

JAMES E. SALVEN